Submitted November 23, 1926. Decided November 29, 1926. *Per Curiam.* Affirmed on the authority of *Adams* v. *New York,* 192 U. S. 585; *Hebert* v. *Louisiana,* 272 U. S. 312; and *Van. Oster* v. *Kansas,* 272 U. S. 465. *Mr. A. R. Mitchell* for plaintiff in error. *Messrs. Percy Saint* and *E. R. Schowalter* for defendant in error.

---

No. 50. MARBLEHEAD LAND COMPANY *v.* COUNTY OF LOS ANGELES, PRESCOTT F. COGSWELL, J. H. BEAN, ET AL., ETC. Error to the District Court of Appeal, Second Appellate District, of the State of California. Argued December 2, 1926. Decided December 2, 1926. *Per Curiam.* Dismissed for want of jurisdiction. *Mr. M. F. Mitchell,* with whom *Mr. Nathan Newby* was on the brief, for plaintiff in error. *Mr. Everett W. Mattoon* appeared for defendants in error.

---

No. 647. PAUL SCHMOLKE *v.* DANIEL J. O'BRIEN, AS CHIEF OF POLICE. Error to the Supreme Court of the State of California. Argued November 30, 1926. Decided December 6, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Pacific States Telephone Co.* v. *Oregon,* 223 U. S. 118; (2) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power and Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; *Seaboard Air Line* v. *Padgett,* 236 U. S. 668, 671. *Mr. Theodore M. Stuart,* with whom *Mr. Jeremiah F. Sullivan* was on the brief, for plaintiff in error. *Messrs. U. S. Webb* and *Frank L. Guerena* were on the brief for defendant in error.

---

No. 8. JOHN B. MACKEN AND MARY LOIS MACKEN *v.* CITY OF WATERBURY. Error to the Supreme Court of Errors of the State of Connecticut. Argued November 30,

1926. Decided December 6, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Pacific States Telephone Co.* v. *Oregon,* 223 U. S. 118; (2) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power and Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; *Seaboard Air Line* v. *Padgett,* 236 U. S. 668, 671. *Messrs. Lawrence L. Lewis* and *Pierre M. Brown* for plaintiffs in error, submitted. *Mr. Charles O'Connor,* with whom *Messrs. Francis P. Guilfoile* and *Terrence F. Carmody* were on the brief, for defendant in error.

---

No. 84. PACIFIC POWER AND LIGHT COMPANY *v.* L. D. BAYER, PEARL DURST, WILLIAM H. BUCHER, ET AL. Error to the Supreme Court of the State of Oregon. Argued December 7, 1926. Decided December 7, 1926. Dismissed for want of jurisdiction for want of a final judgment. *Mr. Henry S. Gray,* with whom *Messrs. Roger S. Greene* and *Will R. King* were on the brief, for plaintiff in error. *Messrs: Elton Watkins* and *George R. Wilbur* were on the brief for defendants in error.

---

No. —, original. EX PARTE IN THE MATTER OF THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY. December 13, 1926. The motion for leave to file petition for a writ of mandamus herein is denied. *Mr. Frederic B. Scott* for petitioner.

---

No. 500. D. EDMONDS, R. B. EDWARDS, AND R. D. KELLY, IN BEHALF OF THEMSELVES, ETC. *v.* TOWN OF HASKELL, OKLAHOMA, F. N. SHOEMAKER, AS TOWN CLERK, ETC., ET AL. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm sub-